IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00637-BNB

LEROY MICHAEL SCHWEITZER,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 9 2010

GREGORY C. LANGHAM
                      CLERK

ORDER

Mr. Leroy Michael Schweitzer, a federal prisoner currently housed in the State of Colorado, filed a *pro se* pleading on April 6, 20109 that appears to be an Objection filed pursuant to 28 U.S.C. § 636. Mr. Schweitzer objects to Magistrate Judge Boyd N. Boland handling matters in this civil action because he has not consented to the case being handled by Magistrate Judge Boland and because Magistrate Judge Boland was "never appointed by the President and by and with the consent of the Senate." For the reasons stated below, the Objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine whether it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. Under D.C.COLO.LCivR 72.1, this Court has designated to a magistrate judge the authority to "make determinations and enter appropriate orders pursuant to 28 U.S.C. § 1915 with respect to any suit, action, or proceedings in which a request is made to proceed in

forma pauperis." Therefore, Magistrate Judge Boland has proper authority to preside over the initial review of this Application, and Mr. Schweitzer's § 636 Objection is without merit. Accordingly, it is

ORDERED that Mr. Schweitzer's 28 U.S.C. § 636 Objection (Doc. No. 5), filed on April 6, 2010, is overruled. It is

FURTHER ORDERED that Mr. Schweitzer shall have thirty days from the date of this Order to comply with the Order to Cure Deficiency entered on March 19, 2010.

DATED at Denver, Colorado, this 8th day of April, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00637-BNB

Leroy Michael Schweitzer
Reg No. 02144-046
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/9/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk