IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00637-BNB

LeRoy MICHAEL SCHWEITZER,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 21 2010

GREGORY C. LANGHAM
               CLERK

---

## ORDER OF DISMISSAL

---

Applicant, LeRoy Michael Schweitzer, acting *pro se*, initiated this action by filing a Letter and two pleadings. One pleading is titled "Termination and Remand Order to Show Cause" and the other is titled "Writ of Privilege." Upon review of the pleadings, Magistrate Judge Boyd N. Boland entered an order on March 19, 2010, directing Mr. Schweitzer to file his claims on a Court-approved form used in filing 28 U.S.C. § 2241 habeas corpus actions. Magistrate Judge Boland also instructed Mr. Schweitzer either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action or, in the alternative, to pay the $5.00 filing fee.

On April 4, 2010, Mr. Schweitzer filed what appeared to be an Objection to Magistrate Judge Boland's March 19 Order. The Court entered an order on April 9, 2010 construing the Objection as filed pursuant to 28 U.S.C. § 636(b)(1)(A). In the Objection, Mr. Schweitzer complained about Magistrate Judge Boland handling matters in this action because he had not consented to the case being handled by a magistrate judge and because Magistrate Judge Boland was not appointed by the President with

consent of the Senate.

The Court overruled the Objection and found that under D.C.COLO.LCivR 72.1 this Court designated to a magistrate judge the authority to "make determinations and enter appropriate orders pursuant to 28 U.S.C. § 1915 with respect to any suit, action, or proceedings in which a request is made to proceed in forma pauperis." The Court found that Magistrate Judge Boland has proper authority to preside over the initial review of this action and instructed Mr. Schweitzer to comply with the March 19 Order to Cure Deficiency within thirty days of the April 9 Order. Mr. Schweitzer was warned that if he failed to comply with the March 19 Order the Complaint and action would be dismissed without further notice.

Mr. Schweitzer filed a pleading on April 16, 2010, and three additional pleadings on May 5, 2010. Although the pleadings are not completely comprehensible, Mr. Schweitzer appears to request a hearing and argues he has a right to be heard based on sovereign immunity. None of the pleadings is responsive to the March 19 Order to Cure Deficiencies.

Because Mr. Schweitzer now has failed to file his claims on a Court-approved form and either submit a § 1915 motion to proceed in forma pauperis or in the alternative pay the $5.00 filing fee, as Magistrate Judge Boland instructed him to do, the action will be dismissed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to comply with the Court's order entered on March 19, 2010, within the time allowed, and for failure to prosecute.

DATED at Denver, Colorado, this  19th   day of   May  , 2010.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00637-BNB

Leroy Michael Schweitzer
Reg No. 02144-046
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/21/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk